UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20004-TP MOORE

UNITED STATES OF AMERICA,

vs.

CHARLES SODERMAN,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Charles Soderman (ECF No. 80). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for evidentiary hearing (ECF No. 81).

Following entry of the Order setting the hearing, Defendant, by and through appointed counsel, has filed his Notice of Intent to Admit Supervised Release Violation (ECF No. 82). Defendant states his intention to admit the violation charged at the final hearing before Chief Judge Moore, and requests cancellation of the evidentiary hearing before the undersigned.

According, and upon Defendant's Notice of Intent to Admit, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release Violations as charged.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and

accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 21st day of January, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:  The Honorable K. Michael Moore
     Counsel of record